**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-8053**

———————————

UNITED STATES OF AMERICA,

                          Plaintiff - Appellee,

        versus

WAYNE PORTER,

                          Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-85-62, CA-01-577)

———————————

Submitted:  June 10, 2002          Decided:  June 24, 2002

———————————

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Wayne Porter, Appellant Pro Se.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Porter seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See United States v. Porter, Nos. CR-85-62; CA-01-577 (W.D.N.C. filed Oct. 24, 2002; entered Oct. 25, 2002). In addition, we find that Porter's claims do not fall within § 2255's savings clause. Thus, we decline Porter's invitation to construe his claim under 28 U.S.C. § 2241 (1994). See In re Jones, 226 F.3d 328, 334-35 (4th Cir. 2000) (providing standard for seeking relief under § 2241 based on the inadequacy of § 2255). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2